## Commonwealth ex rel. Williams, Appellant, *v.* Williams.

Submitted June 9, 1975. *Mary Bell Hammerman,* for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

## Copeland *v.* Banks, Appellant.

Submitted March 24, 1975. *John J. D'Angelo,* for appellant; *Paul Shalita,* for appellee.

Order affirmed.